# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2017

153194

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CRISTY JEAN WILSON,
      Defendant-Appellant.

SC: 153194
COA: 330799
Chippewa CC: 14-001527-FC

_____/

By order of September 21, 2016, the prosecuting attorney was directed to answer the application for leave to appeal the February 4, 2016 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2017



Clerk

t0117